1 | **RAINES FELDMAN LLP**
2 | KATHY BAZOIAN PHELPS (SBN 155564)
  | kphelps@raineslaw.com
3 | DAVID CASTLEMAN (SBN 326812)
4 | dcastleman@raineslaw.com
  | 1800 Avenue of the Stars, 12th Floor
5 | Los Angeles, California 90067
6 | Telephone:  (310) 440-4100
  | Facsimile: (310) 691-1943
7 |
8 | *Counsel for Bradley D. Sharp,*
  | *Permanent Receiver*
9 |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY D. SHARP, as the Permanent Receiver for the Estate of DIRECT LENDING INVESTMENTS, LLC, DIRECT LENDING INCOME FUND, L.P., DIRECT LENDING INCOME FEEDER FUND, LTD., DLI CAPITAL, INC., DLI LENDING AGENT, LLC AND DLI ASSETS BRAVO, LLC AND THEIR SUCCESSORS, SUBSIDIARIES, AND AFFILIATED ENTITIES,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINA BAER, *in her capacity as* Personal Representative of the ESTATE OF PETER BAER; and CHRISTINA BAER, *in her capacity as* Trustee of the BAER LIVING TRUST UTD 5/10/95,<br><br>Defendant. | Case No. 2:22-cv-1734<br><br>**LOCAL RULE 83.1-3 NOTICE OF RELATED CASES** |

Pursuant to Local Civil Rule 83.1-3, the undersigned counsel hereby notifies the Court that the above-captioned case, *Bradley D. Sharp, as Receiver v. Christina Baer*, Case No. 2:22-cv-1734 (the "Instant Action") is related to *Securities and Exchange Commission v. Direct Lending Investments LLC*, No. 2:19-cv-2188-DSF-MRW (the "Main Receivership Action"). Three other cases, *Bradley D. Sharp, as Receiver v. Daishin Securities Co. Ltd.*, Case No. 2:21-cv-9183-DSF-MRW, and *Bradley D. Sharp, as Receiver v. Shinhan Bank Co. Ltd. et al.*, Case No. 2:21-cv-9197-DSF-MRW, *Bradley D. Sharp, as Receiver v. The Strawberry Peak Trust et al.*, Case No. 2:22-cv-789 are also related to the Main Receivership Action.

The Instant Action is an action to enforce guaranty agreements made by Peter Baer, now deceased and for whose estate defendant Christina Baer now serves as personal representative, and the Baer Living Trust UTD 5/10/95, for which Christina Baer serves as trustee, to Direct Lending Income Fund, L.P. ("DLIF") and DLI Lending Agent, LLC ("DLILA"). Plaintiff was appointed as Receiver by this Court in the Main Receivership Action, Docket No. 10, over Direct Lending Investments LLC ("DLI"), the defendant in that action, other entities related to DLI, including DLILA and DLIF. The Instant Action is based on the contractual rights of entities in receivership in the Main Receivership Action.

Moreover, this Court has jurisdiction over the Instant Action because it is ancillary to the Main Receivership Action. Plaintiff therefore respectfully requests that the Court deem the Instant Action to be related to the Main Receivership Action.

DATED:   March 16, 2022

RAINES FELDMAN LLP

By: */s/ Kathy Bazoian Phelps*
Kathy Bazoian Phelps
David Castleman
Counsel for Bradley D. Sharp,
Permanent Receiver